UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT LEE BONSALL,

           Plaintiff,

-vs-                                              Case No. 6:06-cv-1694-Orl-28KRS

DAVID DWYER, DWYER INDUSTRIES, INC.,

           Defendants.
_____

## ORDER

This case is before the Court on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement and Motion to Dismiss With Prejudice (Doc. No. 17) filed January 18, 2007. The United States Magistrate Judge has submitted a report recommending that the motions be granted and the settlement approved.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 9, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The motion to approve the settlement and dismiss the case with prejudice is **GRANTED**.

    3.    The parties' settlement agreement is approved.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _8th_ day of March, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party